UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
MARCO ANTONIO ESPINOSA PUGA,        :
                Plaintiff,      :
                                :     21 Civ. 1529 (LGS)
       -against-                      :
                                :     ORDER
SELAMAT PAGI LLC et al.,            :
:
                Defendants.     :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the parties submitted a joint letter and proposed case management plan ahead of the initial pre-trial conference scheduled for April 22, 2021, at 11:00 a.m.

      WHEREAS, the parties did not fill in the proposed case management plan.  It is hereby

      **ORDERED** that as soon as possible, and no later than **April 20, 2021, at noon,** the parties shall submit a filled-in proposed case management plan.

Dated:  April 19, 2021
       New York, New York

                                                          **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**