```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
  MARCO ANTONIO ESPINOSA PUGA,                :
                              Plaintiff,      :    21 Civ. 1529 (LGS)
                                              :
              -against-                       :    ORDER
                                              :
  SELAMAT PAGI LLC, et al.,                   :
                              Defendants.     :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 20, 2021, required the parties to file a second status letter on August 26, 2021, as outlined in Individual Rule IV.A.2.

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that by **September 1, 2021**, the parties shall submit the status letter per Individual Rule IV.A.2 and shall state whether they request a referral for settlement discussions.

The parties are reminded that the case management conference in this matter is scheduled for **September 9, 2021, at 11:00 a.m.**

Dated: August 27, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**