UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                       :

MARCO ANTONIO ESPINOSA PUGA,       :
                                         :

                       Plaintiff,   :        21 Civ. 1529 (LGS)
                                         :

              -against-        :          ORDER
                                         :

SELAMAT PAGI LLC, et al.,           :
                                         :

                     Defendants.  X
------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on February 22, 2021, Plaintiff filed a complaint alleging wage-and-hour violations under the Fair Labor Standards Act ("FLSA") and state law;

      WHEREAS, on September 1, 2021, the parties filed a stipulation of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  It is hereby

      **ORDERED** that Plaintiff's counsel shall submit a declaration or affidavit within 30 days (1) stating that Plaintiff has been clearly advised that the settlement of this case does not preclude him from filing another lawsuit against the same Defendant(s) and (2) affirming that the settlement agreement does not contain a release of Defendant(s).  *See Flores v. Lexington Fresh Farm Inc.*, No. 21 Civ. 912, 2021 WL 3406339, at *2 (S.D.N.Y. Aug. 4, 2021).  If either or both of these statements is untrue, Plaintiff's counsel shall file a letter explaining.  It is further

      **ORDERED** that the pre-motion conference scheduled on September 9, 2021, at 11:00 a.m. is CANCELLED.

Dated:  September 2, 2021
       New York, New York

                                  **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**